STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. JOHN BICANICH, DEFENDANT-RESPONDENT.

Argued February 18, 1975—Decided February 26, 1975.

*Mr. Julian Wilsey,* Deputy Attorney General, argued the cause for appellant (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

558

*Mr. Daniel J. Carluccio* argued the cause for respondent (*Messrs. Citta, Gasser, Carluccio and Holzapfel,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 132 *N. J. Super.* 393.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judge CONFORD—7.

*For reversal*—None.